IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY D. WILLIAMS                    :         CIVIL ACTION
                                    :
        v.                          :
                                    :
UPPER DARBY POLICE OFFICER          :
MR. WILLIAM SMINKEY, et al.         :         NO. 15-5698

O R D E R

AND NOW, this 30th day of October 2015, IT IS ORDERED

that:

    1.    Leave to proceed in forma pauperis is GRANTED;

    2.    This complaint is DISMISSED pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(i); and

    3.    The Clerk of Court shall CLOSE this case.

                              BY THE COURT:

                              _____
                              GENE E.K. PRATTER, J.